HONORABLE FRANKLIN D. BURGESS
HONORABLE J. KELLEY ARNOLD

1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7
8

9    UNITED STATES OF AMERICA,           )
                                         )
10                  Petitioner,          )      NO.   MS04-5033FDB
                                         )
11              v.                       )
                                         )
12   DELIGHT WILSON,                     )      ORDER DISMISSING CASE
                                         )
13                  Respondent.          )
     _____)

14

15        The United States' Motion to Withdraw Petition and Dismiss Case is GRANTED.

16   The above-captioned case is hereby dismissed.

17        DATED this 28th day of July 2005.

18

19                                       _____
                                         FRANKLIN D. BURGESS
20                                       UNITED STATES DISTRICT JUDGE

21   RECOMMENDED for entry
     this 25th day of July, 2005.
22

23

24   /s/ J. Kelley Arnold_____
     UNITED STATES MAGISTRATE JUDGE
25

26   Presented by:

27    s/Kristin B. Johnson_____
     KRISTIN B. JOHNSON, WSBA# 28189
28   Assistant United States Attorney

ORDER DISMISSING CASE
[MS04-5033FDB-JKL]

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Western District of Washington, and is a person of such age and discretion as to be competent to serve papers.

That on July18, 2005, she electronically filed the foregoing document(s), Order Dismissing Case, using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant:

-0-

That on July 18, 2005, she caused a copy of this Order Dismissing Case, to be served upon the individual hereinafter named by first class mail, postage prepaid as follows:

Delight Wilson
514 Carr Road
Packwood, Washington 98361

DATED this 18th day of July, 2005.

s/Lisa M. Lindquist
LISA M. LINDQUIST
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Facsimile: (206) 553-4073
E-mail: Lisa.Lindquist@usdoj.gov

ORDER DISMISSING CASE
[MS04-5033FDB-JKL]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970