1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

8

9   UNITED STATES OF AMERICA,

10                              Petitioner,          **Case No.** MS04-5033FDB-JKA

11          v.

12   DELIGHT WILSON,                                 Minute Order
                                                      Re:   Docket #18
13                              Respondent.

14

15

16          THIS matter comes before the court pursuant to Docket No. 18, entitled "Verified Claim For, Request,

17   and Demand for Clarification" filed by the respondent.  Inasmuch as petitioner's subsequently filed "Motion

18   to Dismiss Case and Withdraw Petition, Docket No. 19,  has been granted, petitioner's request for relief under

19   Docket No. 18 is moot.

20

21          **Accordingly, the clerk is directed to strike Docket No. 18 from the motion calendar as moot.**

22

23          Entered at the direction of U.S. Magistrate Judge, J. Kelley Arnold by Deputy Clerk, _/s/Kelly Miller_,

24   this 29th  day of July, 2005.

25
26
27
28

ORDER
Page - 1